**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JAMES ANTHONY CLAYTON, #10122**            **PETITIONER**

**VERSUS**            **CIVIL ACTION NO. 1:10-cv-103-HSO-JMR**

**STATE OF MISSISSIPPI**            **RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and hereby is, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 9th day of August, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE